UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYFIELD JOSEPH THIBEAUX

VERSUS

REBEKAH E. GEE, SECRETARY-LOUISIANA
DEPARTMENT OF HEALTH AND HOSPITALS

CIVIL ACTION

NO. 17-668-BAJ-RLB

### RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 3, 2017[1]. The Plaintiff filed objections[2] which failed to remedy the deficiencies in his complaint.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Plaintiff's Amended Complaint is DISMISSED as frivolous and for failure to state a claim pursuant to 28 U.S.C. §1915(e). Further, the pending "Motion for the Appointment of Counsel"[3] and "Motion to Have Summon and Complaint Served by U.S. Marshal"[4] are hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on January 9, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 9
2 R. Doc. 10 and 11
3 R. Doc. 3
4 R. Doc. 5